# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **In Re** <br> **Joshua G. ANDERSON** <br> **Hospitalman Apprentice (E-2)** <br> **U. S. Navy** <br><br>            **Petitioner** | **NMCCA NO. 201200499** <br><br> **Panel 3** |
| **UNITED STATES** <br>            **Respondent** | **O R D E R** <br><br> *Denying Petition for* <br> *Lack of Jurisdiction* |

On 7 January 2020, the Court received a letter from Petitioner, a resident of the Federal Correctional Complex LOW, Petersburg, Virginia. The letter is dated 8 December 2019 with the Subject: Erroneous Article 66 Review Findings. Petitioner asserts that "insufficient Article 66 review . . . took place in [his] case and . . . request[s] a new Article 66 review and appropriate relief. In the body of Petitioner's letter, he also indicates that he is "submitting this request under the provisions of Art. 138, UCMJ . . . ."

Petitioner's direct appeal of his general court-martial pursuant to Article 66, Uniform Code of Military Justice was docketed with this Court on 3 December 2012. The Court issued its opinion in *United States v. Anderson*, No. 201200499, 2013 CCA LEXIS 517 (Jun. 27, 2013) (unpub. op.), modifying the findings and approving his sentence to confinement for 30 years, reduction to pay grade E-1, and a dishonorable discharge. This Court's opinion became final when Petitioner was notified of the completion of appellate review and the execution of his dishonorable discharge on 12 December 2013.

On 1 January 2018, Petitioner filed a Petition for Extraordinary Relief in the Nature of a Writ of Habeas Corpus with this Court, which we denied on 23 April 2018. Petitioner filed a writ-appeal petition with the Court of Appeals for the Armed Forces which dismissed his petition for lack of jurisdiction on 6 June 2018.

On 9 July 2018, Petitioner filed another Petition for Extraordinary Relief in the Nature of a Writ of Habeas Corpus with this Court, which we denied on 24 July 2018 for lack of jurisdiction. Petitioner again filed a writ-appeal petition with the Court of Appeals for the Armed Forces which once again dismissed his petition for lack of jurisdiction on 2 November 2018.

Petitioner has engaged in a series of frivolous filings and once again failed to establish jurisdiction with this Court.

Accordingly, it is, this 11th day of March 2020,

**ORDERED:**

1. That Petitioner's Petition is **DENIED** for lack of jurisdiction.

2. That any future filing from Petitioner which fails to provide a prima facie basis for this Court's jurisdiction to consider it will be summarily denied.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court